IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

**ARTHUR GOODMAN**

    *Plaintiff,*

v.                                                                  Case No.  3:22-pq-01362

**SYNGENTA CROP PROTECTION LLC,**                JURY TRIAL DEMANDED
**SYNGENTA AG, AND CHEVRON**
**U.S.A., INC.**

    *Defendants.*

## SUGGESTION OF DEATH

COMES NOW TorHoerman Law LLC, attorneys for the plaintiff in this action, and suggests upon the record the death of Arthur Goodman, who died a resident of Reagan, Tennessee on October 13, 2024.

    Respectfully Submitted,

    /s/ *Steven D. Davis*
    Steven D. Davis – IL Bar # 6281263
    Chad A. Finley – IL Bar # 6308995
    Tor A. Hoerman – IL Bar # 6229439
    Kenneth J. Brennan – IL Bar # 6239037
    **TORHOERMAN LAW LLC**
    210 South Main Street
    Edwardsville, IL 62025
    Ph: 618-656-4400
    F: 618-656-4401
    E: sdavis@thlawyer.com
       cfinley@thlawyer.com
       tor@thlawyer.com
       kbrennan@thlawyer.com

    &

    /s/ *Brandon M. Wise*
    Brandon M. Wise – IL Bar # 6319580

PEIFFER WOLF CARR  
KANE CONWAY & WISE, LLP  
1778 Caprice Court  
O'Fallon, IL 62269  
314-833-4825  
bwise@peifferwolf.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 18th day of November 2024, I electronically filed the above with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

/s/ Steven D. Davis  
Steven D. Davis

2